IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRENDA HARRISON** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **PELHAM COURT LP and** | : | |
| **RUSHMORE MANAGEMENT** | : | **NO. 18-3431** |

## ORDER

**NOW**, this 16th day of August, 2018, upon consideration of the plaintiff's motion to proceed *in forma pauperis* (Document No. 1), and the Complaint (Document No. 2), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. The $350 filing fee and the $50 administrative fee are waived;

2. The Complaint is deemed filed;

3. The Clerk of Court shall issue summonses; and,

4. Counsel for the plaintiff shall be responsible for having the summons and complaint served within the time allowed in accordance with the Federal Rules of Civil Procedure.

_____
TIMOTHY J. SAVAGE, J.