IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRENDA HARRISON** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **PELHAM COURT LP and** | : | |
| **RUSHMORE MANAGEMENT** | : | **NO. 18-3431** |

## ORDER

**NOW**, this 8th day of March, 2019, it having been reported that the issues between the parties in this action have been settled, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE** pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure.

**/s/TIMOTHY J. SAVAGE**